## A91A1770. NORMAN v. NATIONWIDE CREDIT, INC.
(415 SE2d 293)

CARLEY, Presiding Judge.

Appellee-plaintiff brought suit, seeking damages based upon allegations that appellant-defendant had breached a covenant not to compete. The case was tried before a jury and a verdict "in the amount of $0" was returned. It is from the judgment entered on this verdict that appellant appeals.

Appellant does not have standing to appeal because " '[t]he jury verdict for zero damages . . . was a judgment *for [appellant]*. (Cit.)' [Cit.]" (Emphasis supplied.) *Gielow v. Strickland*, 185 Ga. App. 85, 87 (4) (363 SE2d 278) (1987). See also *Benton v. Wesley Machinery*, 191 Ga. App. 334, 335 (1) (381 SE2d 577) (1989). " '(S)ince no damages were assessed against [appellant] he was absolved from any liability in the case. (Cits.)' [Cit.]" *Palmer v. Barnes*, 193 Ga. App. 105 (387 SE2d 44) (1989). " ' "A party not aggrieved by the judgment of the trial court is without legal right to except thereto, since he has no just cause of complaint." (Cit.)' [Cit.] The appeal is accordingly dismissed. [Cit.]" *Morgan v. Miller*, 191 Ga. App. 803, 804 (383 SE2d 183) (1989).

*Appeal dismissed. Beasley, J., and Judge Arnold Shulman concur.*

DECIDED JANUARY 22, 1992 —
RECONSIDERATION DENIED FEBRUARY 10, 1992 —

Goodman & Bush, James E. Goodman, F. Clay Bush, Norman L. Smith, for appellant.

Troutman, Sanders, Lockerman & Ashmore, Susan S. Lanigan, Douglas D. Salyers, Lesley G. Carroll, for appellee.